**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6666

JOHN WILLIAM FISHBACK,

Plaintiff - Appellant,

v.

STATE OF MARYLAND; CIRCUIT COURT FOR BALTIMORE CITY;
MARYLAND COURT OF SPECIAL APPEALS; CITY OF BALTIMORE; DANIEL
H. GINSBURG; BENNETT & BAIR; ARTHUR M. FRANK; FRANK M.
CONAWAY; LESLIE D. GRADET; GARI BAIR; EMANUEL BROWN; ALLEN
L. SCHWARTZ; TWILLA DRIGGINS; PATRICIA C. JESSEMY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge.  (1:12-cv-00927-JFM)

Submitted:  October 2, 2012            Decided:  November 5, 2012

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John William Fishback, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John William Fishback appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fishback v. Maryland, No. 1:12-cv-00927-JFM (D. Md. Apr. 4, 2012). We deny Fishback's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED